UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
:
470 WEST 42 STREET GOURMET,                     :
INC., *d/b/a* TREEHAUS MIMA,                     :          17cv1515
:
           Plaintiff,                    :          ORDER
:
        -against-                           :
:
YOUNG MAN KIM, *et. al.*,                        :
:
          Defendants.                   :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM H. PAULEY III, Senior United States District Judge:

        In view of the closure of Plaintiff's bankruptcy proceeding, this Court directs the

parties to provide a status report regarding whether this case should be re-opened or permanently

closed by November 4, 2020.

Dated: October 14, 2020               SO ORDERED:
      New York, New York

                                _____
                                  WILLIAM H. PAULEY III
                                  U.S.D.J.