UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------
:
470 WEST 42 STREET GOURTMET,    :
INC., *d/b/a* TREEHAUS MIMA,    :            17cv1515
:
           Plaintiff,    :            <u>ORDER</u>
:
      -against-    :
:
YOUNG MAN KIM, *et. al.*,    :
:
          Defendants.    :
--------------------------------------------------
:

WILLIAM H. PAULEY III, Senior United States District Judge:

      The Clerk of Court is directed to mark this case closed.

Dated: October 30, 2020           SO ORDERED:
       New York, New York

                        _____
                        WILLIAM H. PAULEY III
                           U.S.D.J.